Judge Pauley

5-638580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MAERSK LINE,

               Plaintiff,

    - against -

TARGET INTERNATIONAL SHIPPING,
INC.,

               Defendant.

------------------------------------------------------X

'08 CIV 3816



RECEIVED
CIVIL COMPLAINT
IN ADMIRALTY
APR 22 200*
U.S.D.C. S.D. N.Y.
CASHIERS

      Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against
defendant TARGET INTERNATIONAL SHIPPING, INC., in personam, in a cause
of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 26 of the Bills of
Lading.

      2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and
still is a corporation duly organized and existing under the laws of the State of
Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte,
NC 28209.

      3. Upon information and belief and at all times hereinafter mentioned,
defendant had and now has the legal status and place of business as set forth in
Schedule A.

      4. On or about the dates and at the ports of shipment stated in
Schedule A, certain goods were delivered to plaintiff to be carried to the ports of
destination and at the agreed charges to be paid by defendant pursuant to plaintiff's
published tariff, all as set forth in Schedule A.

      5. Thereafter, the goods were carried to the ports of destination and
delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $285,968.67 , although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $285,968.67 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
        April 22, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
    Albert J. Avallone - AA1679
    Attorneys for Plaintiff
    MAERSK LINE
    551 Fifth Avenue, Suite 1625
    New York, NY 10176
    (212) 696-1760

# SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant TARGET INTERNATIONAL SHIPPING, INC. was and still is a corporation organized and existing under the laws of the State of New Jersey, with offices and a place of business at 1540 West Blancke St., Linden, NJ 07036.

II. Details of shipment(s):

1. Bill of Lading No. 22877791, dated May 2, 2007, from Salt Lake City to Beira via Newark on the Vessel SANTA ADRIANA, one (1) forty-foot container SAID TO CONTAIN: USED MIXED SHOES, at the applicable tariff and/or Service Contract rate of $10,875.80 (Exhibit A).

Amount Paid: $6,490.80                     Amount Due: $4,385.00

2. Bill of Lading No. 523000066, dated May 6, 2007, from Newark to Luanda on the Vessel PACIFIC DENVER, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, et al., at the applicable tariff and/or Service Conract rate of $5,501.00 (Exhibit B).

Amount Paid: $0                     Amount Due: $5,501.00

3. Bill of Lading No. 522979299, dated May 7, 2007, from Boston to Durban on the Vessel MSC NILGUN, one (1) twenty-foot container SAID TO CONTAIN: HOUSEHOLD GOODS & PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $2,636.00 (Exhibit C).

Amount Paid: $0                     Amount Due: $2,636.00

4. Bill of Lading No. 523352266, dated July 1, 2007, from Newark to

Luanda on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO

CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of

$5,565.00 (Exhibit D).

Amount Paid: $0                      Amount Due: $5,565.00


5. Bill of Lading No. 523505913, dated July 15, 2007, from Newark to

Pointe Noire on the Vessel MAERSK DORTMUND, one (1) twenty-foot container

SAID TO CONTAIN: USED SHOES, at the applicable tariff and/or Service

Contract rate of $2,618.00 (Exhibit E).

Amount Paid: $0                      Amount Due: S2,618.00


6. Bill of Lading No. 523428157, dated July 20, 2007, from Baltimore to

Apapa via Norfolk on the Vessel MAERSK DOUALA, one (1) forty-foot container

SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate

of $3,824.15 (Exhibit F).

Amount Paid: S0                      Amount Due: $3,824.15


7. Bill of Lading No. 523735598, dated September 1, 2007, from Newark

to Luanda on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID

TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of

$4,165.00 (Exhibit G).

Amount Paid: $0                      Amount Due: S4,165.00

8. Bill of Lading No. 854976174, dated September 25, 2007, from Newark to Bamako via Dakar on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $4,372.47 for Inland Haul (Exhibit H).

Amount Paid: $0                              Amount Due: $4,372.00


9. Bill of Lading No. 523810138, dated November 14, 2007, from Newark to Luanda on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $1,200.00 (Exhibit I).

Amount Paid: $0                              Amount Due: $1,200.00


10. Bill of Lading No. 523575657, dated December 26, 2007, from Ontario to Zanzibar via Los Angeles on the Vessel MAERSK KLAIPEDA, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, Duala Port Additional of $600.00 (Exhibit J).

Amount Paid: $0                              Amount Due: $600.00


11. Bill of Lading No. 523810142, dated September 9, 2007, from Newark to Luanda on the Vessel MAERSK DORTMUND, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $5,55.00 (Exhibit K).

Amount Paid: $0                              Amount Due: $5,565.00

12. Bill of Lading No. 523870026, dated September 24, 2007, from Baltimore to Apapa via Norfolk on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, Destination THC charge of $452.94 (Exhibit L).

Amount Paid: $0                    Amount Due: $452.94

13. Bill of Lading No. 523927564, dated September 28, 2007, from Baltimore to Luanda via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: USED COMPUTERS, Import Port Dues of $1,200.00 (Exhibit M).

Amount Paid: $0                    Amount Due: $1,200.00

14. Bill of Lading No. 523859704, dated September 26, 2007, from Newark to Luanda on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, Import Port Dues of $1,200.00 (Exhibit N).

Amount Paid: $0                    Amount Due: $1,200.00

15. Bill of Lading No. 523928388, dated October 6, 2007, from Newark to Luanda on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, Import Port dues of $1,200.00 (Exhibit O).

Amount Paid: $0                    Amount Due: $1,200.00

16. Bill of Lading No. 524053109, dated October 7, 2007, from Newark to

Luanda on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO

CONTAIN: 3 CARS, Import Port Dues of $1,200.00 (exhibit P).

Amount Paid: $0                    Amount Due: $1,200.00


17. Bill of Lading No. 523928389, dated October 7, 2007, from Newark to

Luanda on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO

CONTAIN: 3 CARS, Import Port Dues of $1,200.00 (Exhibit Q).

Amount Paid: $0                    Amount Due: $1,200.00


18. Bill of Lading No. 524053079, dated October 7, 2007, from Newark to

Luanda on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO

CONTAIN: 4 CARS, Import Port Dues of $1,200.00 (Exhibit R).

Amount Paid: $0                    Amount Due: $1,200.00


19. Bill of Lading No. 524147585, dated October 12, 2007, from Freetown

to Newark on the Vessel ODR TRADER, one (1) forty-foot container SAID TO

CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of

$5,911.00 (Exhibit S), and EQU. EXAMINATION of $339.80 (Exhibit T).

Amount Paid: $6,250.00             Amount Due: $6,250.80


20. Bill of Lading No. 524160064, dated October 12, 2007, from Freetown

to Newark on the Vessel ODER TRADER, one (1) forty-foot container SAID TO

CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of

$5,911.00 (Exhibit U).

Amount Paid: $0                    Amount Due: $5,911.00

21. Bill of Lading No. 523970989, dated October 14, 2007, from Newark to Luanda on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, Destination Document Fee, Import Fee, and Import Port Dues of $1,275.00 (Exhibit V).

Amount Paid: $0                    Amount Due: $1,275.00

22. Bill of Lading No. 523928387, dated October 21, 2007, from Newark to Luanda on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, Import Port Dues of $1,200.00 (Exhibit W).

Amount Paid: $0                    Amount Due: $1,200.00

23. Bill of Lading No. 855285823, dated October 21, 2007, from Newark to Apapa on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $3,691.00 (Exhibit X).

Amount Paid: $2,471.00                    Amount Due: $1,220.00

24. Bill of Lading No. 524121841, dated October 23, 2007, from Monrovia to Freetown on the Vessel TROENSE MAERSK, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., at the Basic Freight of $2,600.00 (Exhibit Y), and additional charges of $418.25 (Exhibit Z), totalling $3,018.25.

Amount Paid: $0                    Amount Due: $3,018.25

25. Bill of Lading No. 524189888, dated October 28, 2007, from Newark to Ohne on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, Destination Document Fees and Import Port Dues of $250.00 (Exhibit 2A).

Amount Paid: $0                    Amount Due: $250.00


26. Bill of Lading No. 524163483, dated November 20, 2007, from Newark to Dakar on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $9,428.28 (Exhibit 2B).

Amount Paid: $4,681.00             Amount Due: $4,747.28


27. Bill of Lading No. 524374071, dated December 11, 2007, from Newark to Apapa on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., Destination THC of $310.03 (Exhibit 2C).

Amount Paid: $0                    Amount Due: $310.03


28. Bill of Lading No. 524511302, dated December 11, 2007, from Newark to Monrovia on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: HOUSEHOLD GOODS & PERSONAL EFFECTS, Import Port Dues of $500.00 (Exhibit 2D).

Amount Paid: $0                    Amount Due: $500.00

29. Bill of Lading No. 524375688, dted December 19, 2007, from Savannah to Tin Can Island on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $3,216.00 (Exhibit 2E), and Import Port Dues of $100.00 (Exhibit 2F) for a total due of $3,316.00.

Amount Paid: $2,366.00                    Amount Due: $950.00

30. Bill of Lading No. 524541251, dated December 21, 2007, from Baltimore to Luanda via Norfolk on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: USED SHOES, et al., Import Port Dues of $800.00 (Exhibit 2G).

Amount Paid: $0                    Amount Due: $800.00

31. Bill of Lading No. 524550879, dated December 21, 2007, from Baltimore to Apapa via Norfolk on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., Destination THC of $501.92 (Exhibit 2H).

Amount Paid: $0                    Amount Due: $501.92

32. Bill of Lading No. 524678772, dated december 22, 2007, from Newark to Monrovia on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: SHEET METAL, et al., at the applicable tariff and/or Service Contract rate of $3,066.00 (Exhibit 2I).

Amount Paid: $2,816.00                    Amount Due: $250.00

33. Bill of Lading No. 524558493, dated January 16, 2008, from Chicago to Ohne via Norfolk on Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: 1 USED CATERPILLAR, at the applicable tariff and/or Service Contract rate of S4,736.00 (Exhibit 2J).

Amount Paid: $0                    Amount Due: S4,736.00

34. Bill of Lading No. 524559333, dated January 10, 2008, from Savannah to Tin Can Island on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of S4,986.00 (Exhibit 2K).

Amount Paid: S3,366.00             Amount Due: $1,620.00

35. Bill of Lading No. 524131601, dated January 14, 2008, from Baltimore to Monrovia via Norfolk on the Vesse AGNETE MAERSK, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $7,656.00 (Exhibit 2L).

Amount Paid: $0                    Amount Due: $7,656.00

36. Bill of Lading No. 524809832, dated January 28, 2008, from New York to Conakry on the Vessel MAERSK DOUGLAS, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of S2.631.00 (Exhibit 2M).

Amount Paid: S0                    Amount due: $2,631.00

37. Bill of Lading No. 855972587, dated February 3, 2008, from Newark to Cotonou on the Vessel MAERSK DAESAN, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATION, at the applicable tariff and/or Service Contract rate of $2,706.00 (Exhibit 2N).

Amount Paid: $0                    Amount Due: $2,706.00

38. Bill of Lading No. 524923299, dated February 6, 2008, from Savannah to Onne on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: FURNITURE UPHOLSTERY FABRICS, at the applicable tariff and/or Service Contract rate of $4,081.00 (Exhibit 2O).

Amount Paid: $0                    Amount Due: $4,081.00

39. Bill of Lading No. 524810393, dated February 7, 2008, from Savannah to Maladi on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: USED CLOTHING, at the applicable tariff and/or Service Contract rate of $5,081.00 (Exhibit 2P).

Amount Paid: $0                    Amount Due: $5,081.00

40. Bill of Lading No. 524624365, dated February 13, 2008, from Norfolk to Freetown on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,661.00 (Exhibit 2Q).

Amount Paid: $4,561.00              Amount Due: $100.00

41.  Bill of Lading No. 524972450, dated February 13, 2008, from Newark to Freetown on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,900.80 (Exhiit 2R).

Amount Paid: $4,51.00                Amount Due: $339.80

42.  Bill of Lading No. 524614591, dated February 15, 2008, from Columbus to Freetown via Norfolk, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $5,571.00 (Exhibit 2S).

Amount Paid: $4,661.00                Amount Due: $910.00

43.  Bill of Lading No. 855938931, dated February 17, 2008, from New York to Monrovia on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: SHOES, et al., at the applicable tariff and/or Service Contract rate of $4,451.00 (Exhibit 2T).

Amount Paid: $3,951.00                Amount Due: $500.00

44.  Bill of Lading No. 524980019, dated February 22, 2008, from Fontana to Zanzibar via Los Angeles on the Vessel MAERSK BUFFALO, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATONS, at the applicable tariff and/or Service Contract rate of S3,434.00 (Exhibit 2U).

Amount Paid: $0                Amount Due: S3,434.00

45.  Bill of Lading No. 524980090, dated February 22, 2008, from Newark to Monrovia on the Vessel MAERSK DORTMUND, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,051.00 (Exhibit 2V).

Amount Paid: $4,051.00                    Amount Due: $400.00


46.  Bill of Lading No. 525048028, dated February 28, 2008, from Savannah to Monrovia on the Vessel MAERSK DOUALA. one (1) forty-foot container SAID TO CONTAIN: USED CLOTHING, at the applicable tariff and/or Service Contract rate of $4,451.00 (Exhibit 2W).

Amount Paid: $3,951.00                    Amount Due: $500.00


47.  Bill of Lading No. 524942724, dated March 1, 2008, from Chicago to Cotonou via Newark on the Vessel MAERSK DOUALA, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATION, at the applicable tariff and/or Service Contract rate of $3,721.00 (Exhibit 2X).

Amount Paid: $0                    Amount Due: $3,721.00


48.  Bill of Lading No. 524959393, dated March 1, 2008, from Newark to Douala on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $4,681.00 (Exhibit 2Y).

Amount Paid: $4,381.00                    Amount Due: $300.00

49. Bill of Lading No. 524972399, dated March 1, 2008, from Baltimore to Douala via Norfolk on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,941.00 (Exhibit 2Z).

Amount Paid: $0                    Amount Due: $4,941.00

50. Bill of Lading No. 525013373, dated March 1, 2008, from Baltimore to Tin Can Island via Norfolk on the Vessel MAERSK DOUALA, one (1) twenty-foot container SAID TO CONTAIN: TRACTORS, et al., at the applicable tariff and/or Service Contract rate of $3,136.00 (Exhibit 3A).

Amount paid: $0                    Amount Due: $3,136.00

51. Bill of Lading No. 525036704, dated March 1, 2008, from Baltimore to Banjul via Norfolk on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3B).

Amount Paid: $4,561.00                    Amount Due: $360.00

52. Bill of Lading No. 525046796, dated March 3, 2008, from Newark to Conakry on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: USED CLOTHES & SHOES, at the applicable tariff and/or Service Contract rate of $4,601.00 (Exhibit 3C).

Amount Paid: $4,381.00                    Amount Due: $220.00

53. Bill of Lading No. 524941673, dated March 4, 2008, from New York to Conakry on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,601.00 (Exhibit 3D).

Amount Paid: $4,381.00                    Amount Due: $220.00


54. Bill of Lading No. 525126785, dated March 7, 2008, from Chicago to Norfolk via Onne on the Vessel MAERSK DUISBURG, one (1) twenty-foot container SAID TO CONTAIN: VINYL SCRAPS, at the applicable tariff and/or Service Contract rate of $3,446.00 (Exhibit 3E).

Amount Paid: $3,281.00                    Amount Due: $165.00


55. Bill of Lading No. 525126823, dated March 9, 2008, from New York to Freetown on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,761.00 (Exhibit 3F).

Amount Paid: $4,561.00                    Amount Due: $200.00


56. Bill of Lading No. 856049615, dated March 11, 2008, from New York to Freetown on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,561.00 (Exhibit 3G).

Amount Paid: $0                    Amount Due: $4,561.00

57. Bill of Lading No. 525029996, dated March 11, 2008, from Savannah to Tin Can Island on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $4,956.00 (Exhibit 3H).

Amount Paid: $4,056.00              Amount Due: $900.00

58. Bill of Lading No. 525085031, dated March 11, 2008, from Savannah to Tin Can Island on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $4,756.00 (Exhibit 3I).

Amount Paid: $0              Amount Due: $4,756.00

59. Bill of Lading No. 525095916, dated March 11, 2008, from Newark to Mombasa on the Vessel MAERSK DUISBURG, one (1) forty-foot container SAID TO CONTAIN: USED PERSONAL EFFECTS, at the applicable tariff and/or Service Contract rate of $3,416.00 (Exhibit 3J).

Amount Paid: $0              Amount Due: $3,416.00

60. Bill of Lading No. 524911671, dated March 13, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3K).

Amount Paid: $4,561.00              Amount Due: $360.00

**61.** Bill of Lading No. 525075147, dated March 13, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3L).

Amount Paid: $4,561.00                Amount Due: $360.00


**62.** Bill of Lading No. 525012277, dated March 15, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) twenty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $2,971.00 (Exhibit 3M).

Amount Paid: $2,701.00                Amount Due: $270.00


**63.** Bill of Lading No. 525068119, dated March 15, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3N).

Amount Paid: $4,561.00                Amount Due: $360.00


**64.** Bill of Lading No. 525075187, dated March 15, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) twenty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $2,971.00 (Exhibit 3O).

Amount Paid: $2,701.00                Amount Due: $270.00

65. Bill of Lading No. 525108026, dated March 15, 2008, from Batimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3P).

Amount Paid: $0                    Amount Due: $4,921.00

66. Bill of Lading No. 525126736, dated March 15, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DJIBOUTI, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3Q).

Amount Paid: S0                    Amount Due: S360.00

67. Bill of Lading No. 525156695, dated March 15, 2008, from Newark to Onne on the Vessel MAERSK DJIBOUTI, one (1) twenty-foot container SAID TO CONTAIN: VYNILE GRADE "C", at the applicable tariff and/or Service Contract rate of $3,016.00 (Exhibit 3R).

Amount Paid: $0                    Amount due: $3,016.00

68. Bill of Lading No. 856105369, dated March 15, 2008, from Newark to Cotonou on the Vessel MAERSK DJIBOUTI, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATION, at the applicable tariff and/or Service Contract rate of $2,836.00 (Exhibit 3S).

Amount Paid: $0                    Amount Due: $2,836.00

69.  Bill of Lading No. 525164967, dated March 18, 2008, from New York to Cotonou on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: USED SHOES, et. al., at the applicable tariff and/or Service Contract rate of $5,011.00 (Exhibit 3V).

Amount Paid: $0                    Amount Due: $5,011.00

70.  Bill of Lading No. 525175695, dated March 18, 2008, from New York to Freetown on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,761.00 (Exhibit 3U).

Amount Paid: $4,561.00              Amount Due: $200.00

71.  Bill of Lading No. 525174144, dated March 18, 2008, from Chicago to Cotonou via Newark on the Vessel MAERSK DOUGLAS, one (1) twenty-foot container SAID TO CONTAIN: TOILET PREPARATION, at the applicable tariff and/or Service Contract rate of $3,721.00 (Exhibit 3V).

Amount Paid: $0                    Amount Due: $3,721.00

72.  Bill of Lading No. 856113352, dated March 20, 2008, from Newark to Freetown on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,761.00 (Exhibit 3W).

Amount Paid: $0                    Amount Due: $4,761.00

73. Bill of Lading No. 525047951, dated March 20, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 3X).

Amount Paid: $4,561.00                    Amount Due: $360.00

74. Bill of Lading No. 525177874, dated March 23, 2008, from Savannah to Onne on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: POCKETING STOCK LOTS, at the applicable tariff and/or Service Contract rate of $4,381.00 (Exhibit 3Y).

Amount Paid: $0                    Amount Due: $4,381.00

75. Bill of Lading No. 525204731, dated March 27, 2008, from New York to dakar on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS. et al., at the applicable tariff and/or Service Contract rate of $4,746.00 (Exhibit 3Z).

Amount Paid: $0                    Amount Due: $4,746.00

76. Bill of Lading No. 856173006, dated March 27, 2008, from Newark to Cotonou on the Vessel MAERSK DAESAN, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of $3,311.00 (Exhibit 4A).

Amount Paid: $0                    Amount Due: $3,311.00

77. Bill of Lading No. 525216809, dated March 27, 2008, from New York to Conakry on the Vessel MAERSK DAESAN, one (1) twenty-foot container SAID TO CONTAIN: USED COMPUTERS, at the applicable tariff and/or Service Contract rate of $2,521.00 (Exhibit 4B).

Amount Paid: $0                    Amount Due: $2,521.00

78. Bill of Lading No. 525156711, dated March 29, 2008, from Baltimore to Banjul via Norfolk on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 4C).

Amount Paid: $0                    Amount Due: $4,921.00

79. Bill of Lading No. 525193706, dated March 29, 2008, from Baltimore to Onne via Norfolk on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: POCKETING STOCK LOTS, at the applicable tariff and/or Service Contract rate of $4,651.00 (Exhibit 4D).

Amount Paid: $0                    Amount Due: $4,651.00

80. Bill of Lading No. 524131601, dated January 14, 2008, from Monrovia to Norfolk on the Vessel AGNETE MAERSK, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff collect charges of $278.00 (Exhibit 4E).

Amount Paid: $0                    Amount Due: $278.00

81. Bill of Lading No. 524605170, dated January 16, 2008, from Chicago to Tema via Norfolk on the Vessel MAERSK DOUALA, one (1) forty-foot container SAID TO CONTAIN: RAW MATERIALS, et. al., tax and telex release charge of $5.95 (Exhibit 4F).

Amount Paid: $0                    Amount Due: $5.95

82. Bill of Lading No. 525193927, dated March 30, 2008, from Savannah to Onne on the Vessel MAERSK DAESAN, one (1) twenty-foot container SAID TO CONTAIN: MUTILATED RAGS, at the applicable tariff and/or Service Contract rate of $2,916.00 (Exhibit 4G).

Amount Paid: $0                    Amount Due: $2,916.00

83. Bill of Lading No. 525126719, dated April 1, 2008, from Newark to Banjul on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et. al., at the applicable tariff and/or Service Contract rate of $4,561.00 (Exhibit 4H).

Amount Paid: $0                    Amount Due: $4,561.00

84. Bill of Lading No. 525125516, dated April 1, 2008, from New York to Freetown on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et. al., at the applicable tariff and/or Service Contract rate of $4,561.00 (Exhibit 4I).

Amount Paid: $0                    Amunt Due: $4,561.00

85.   Bill of Lading No. 525207289, dated April 4, 2008, from Houston to Onne on the Vessel MAERSK MADRID, one (1) twenty-foot container SAID TO CONTAIN: PVS SCRAPS, at the applicable tariff and/or Service Contract rate of $2,916.00 (Exhibit 4J).

Amount Paid: S0                          Amount Due: $2,916.00


86.   Bill of Lading No. 525225230, dated April 1, 2008, from New York to Conakry on the Vessel MAERSK DENVER, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATION, at the applicable tariff and/or Service Contract rate of $2,521.00 (Exhibit 4K).

Amount Paid: $0                          Amount Due: $2,521.00


87.   Bill of Lading No. 525243644, dated April 1, 2008, from Newark to Cotonou on the Vesse MAERSK DENVER, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of $2,836.00 (Exhibit 4L).

Amount Paid: S0                          Amount Due: $2,836.00


88.   Bill of Lading No. 525224505, dated April 3, 2008, from Baltimore to Banjul via Norfolk on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 4M).

Amount Paid: $0                          Amount Due: S4,921.00

89. Bill of Lading No. 525205923, dated April 5, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $5,121.00 (Exhibit 4N).

Amount Paid: $0                    Amount Due: $5,121.00

90. Bill of Lading No. 525234876, dated April 6, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DENVER, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $5,121.00 (Exhibit 4O).

Amount Paid: $0                    Amount Due: $5,121.00

91. Bill of Lding 525246227, dated April 8, 2008, from New York to Freetown on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,561.00 (Exhibit 4P).

Amount Paid: $0                    Amount Due: $4,561.00

92. Bill of Lading No. 854225906, dated April 10, 2008, from Newark to Banjul on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,561.00 (Exhibit 4Q).

Amount Paid: $0                    Amount Due: $4,561.00

93. Bill of Lading No. 525246576, dated April 10, 2008, from New York to Cotonou on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of $2,836.00 (Exhibit 4R).

Amount Paid: $0                    Amount Due: $2,836.00

94. Bill of Lading No. 525235789, dated April 10, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 4S).

Amount Paid: $0                    Amount Due: $4,921.00

95. Bill of Lading No. 525195450, dated April 10, 2008, from Baltimore to Tin Can Island via Norfolk on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $4,526.00 (Exhibit 4T).

Amount Paid: $0                    Amount Due: $4,526.00

96. Bill of Lading No. 525246572, dated April 10, 2008, from New York to Tema on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: SUPERMARKET ITEMS, at the applicable tariff and/or Service Contract rate of $2,631.00 (Exhibit 4U).

Amount Paid: $0                    Amount Due: $2,631.00

97. Bill of Lading No. 524980635, dated April 10, 2008, from Baltimore to Freetown via Norfolk on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 1 CAR, et al., at the applicable tariff and/or Service Contract rate of $4,921.00 (Exhibit 4V).

Amount Paid: $0                    Amount Due: $4,921.00

98. Bill of Lading No. 525236672, dated April 10, 2008, from New York to Onne on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: VINYL GRADE "C", at the applicable tariff and/or Service Contract rate of $2,866.00 (Exhibit 4W).

Amount Paid: $0                    Amount Due: $2,866.00

99. Bill of Lading No. 525236671, dated April 10, 2008, from New York to Onne on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: VINYL GRADE "C", at the applicable tariff and/or Service Contract rate of $2,866.00 (Exhibit 4X).

Amount Paid: $0                    Amount Due: $2,866.00

100. Bill of Lading No. 525245837, dated May 10, 2008, from New York to Dakar on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: FIBERBOARD CARTONS, at the applicable tariff and/or Service Contract rate of $2,766.00 (Exhibit 4Y).

Amount Paid: $0                    Amount Due: $2,766.00

101. Bill of Lading No. 525246566, dated April 10, 2008, from Newark to Tema on the Vessel MAERSK DUNEDIN, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of $2,631.00 (Exhibit 4Z).

Amount Paid: $0                    Amount Due: $2,631.00

102. Bill of Lading No. 525277550, dated April 10, 2008, from New York to Banjul on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contact rate of $4,561.00 (Exhibit 5A).

Amount Paid: $0                    Amount Due: $4,561.00

103. Bill of Lading No. 525300883, dated April 12, 2008, from Norfolk to Tema on the Vessel MAERSK DUNEDIN, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,641.00 (Exhibit 5B).

Amount Paid: $0                    Amount Due: $4,641.00

104. Bill of Lading No. 525329896, dated April 14, 2008, from Los Angeles to Monrovia on the Vessel MAERSK FLORENCE, one (1) forty-foot container SAID TO CONTAIN: USED RAGS CLOTHING, at the applicable tariff and/or Service Contract rate of $4,761.00 (Exhibit 5C).

Amount Paid: $0                    Amount Due: $4,761.00

105. Bill of Lading No. 524972206, dated February 17, 2008, from Newark to Onne on the Vessel MAERSK DUNEDIN, at the applicable tariff and/or Service Contract rate of S2,866.00 (Exhibit 5D).

Amount Paid: S2,766.00                    Amount Due: $100.00

106. Bill of Lading No. 525021051, dated February 17, 2008, from Newark to Onne on the Vessel MAERSK DUNEDIN, at the applicable tariff and/or Service Contract rate of $2,866.00 (Exhibit 5E).

Amount Paid: S2,766.00                    Amount Due: S100.00

107. Bill of Lading No. 525013355, dated March 1, 2008, from Chicago to Onne on the Vessel MAERSK DOUALA, at the applicable tariff and/or Service Contract rate of $6,892.00 (Exhibit 5F).

Amount Paid: S6,562.00                    Amount Due: $330.00

108. Bill of Lading No. 656025932, dated March 3, 2008, from Newark to Bamako on the Vessel MAERSK DOUALA, at the applicable tariff and/or Service Contract rate of S9,441.55 (Exhibit 5G).

Amount Paid: $4,626.00                    Amount Due: S4,815.55

109. Bill of Lading No. 525143339, dated March 11, 2008, from Newark to Tin Can Island on the Vessel MAERSK DUISBERG, at the applicable tariff and/or Service Contract rate of $2,896.00 (Exhibit 5H).

Amount Paid: $2,796.00                    Amount Due: $100.00

110.  Bill of Lading No. 525175695, dated March 20, 2008, from Newark to Freetown on the Vessel MAERSK DOUGLAS, at the applicable tariff and/or Service Contract rate of $4,761.00 (Exhibit 5I).

Amount Paid: $4,561.00                    Amount Due: $200.00

111.  Bill of Lading No. 856138246, dated March 27, 2008, from Newark to Freetown on the Vessel MAERSK DAESAN, at the applicable tariff and/or Service Contract rate of $2,801.00 (Exhibit 5J).

Amount paid: $2,701.00                    Amount Due: $100.00

112.  Bill of Lading No. 525192771, dated March 25, 2008, from Newark to Tin Can Island on the Vessel MAERSK DAESAN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, et al., at the applicable tariff and/or Service Contract rate of $4,031.00 (Exhibit 5K).

Amount Paid: $0                    Amount Due: $4,031.00

113.  Bill of Lading No. 525156755, dated March 13, 2008, from Newark to Conakry on the Vessel MAERSK DJIBOUTI, one (1) twenty-foot container SAID TO CONTAIN: TOILETTE PREPARATIONS, at the applicable tariff and/or Service Contract rate of $2,631.00 (Exhibit 5L).

Amount Paid: $2,521.00                    Amount Due: $110.00

III.  Total Amount Due: $285,968.67