5-638580
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAERSK LINE,

                          Plaintiff,        07 CIV. 3816 (PAULEY)

        - against -                   CLERK CERTIFICATE

TARGET INTERNATIONAL SHIPPING,
INC.,

                         Defendant.
------------------------------------------------------X

        I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on April 22, 2007, and that defendant TARGET INTERNATIONAL SHIPPING, INC. was personally served with copies of the Summons and Complaint on May 15, 2007 by Rule 4 service. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
       June 25, 2008

                                             *J. Michael McMahon*
                                               Clerk